**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>　THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>　　　　　Defendants. | Civil Action No. 26-cv-1514 |

**PLAINTIFF'S *EX PARTE* MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

Toho Co., Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, expedited discovery, an order to show cause, and alternative service via electronic means, in an action arising out of violations of the Copyright Act and the Lanham Act.

In support of this Motion, Plaintiff files: (1) a Memorandum of Law, (2) Declaration of Shengmao Mu, Esq., (3) Declaration of Jay Harvey Paragoso, Plaintiff's representative and (4) a proposed Order.

1

Dated: February 23, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West, 57th Street, 3rd and 4 Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

Abby Neu, *pro hac vice forthcoming*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*