USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/25/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOHO CO., LTD.,

                Plaintiff,

      - against -

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                Defendants.

---

**26-CV-1514 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A hearing in this matter is scheduled for March 10, 2026, at 10:00 a.m. Plaintiff's Complaint (Dkt. No. 1) contains a request for preliminary injunctive relief. However, Plaintiff has not filed a motion for a preliminary injunction or a motion to show cause as to why a preliminary injunction should not issue. Plaintiff is hereby directed to clarify their request for relief.

Additionally, Plaintiff is hereby directed to serve Defendants pursuant to the procedures described in the Order granting Plaintiff's motion for a temporary restraining order (Dkt. No. 21) and to certify service on the docket prior to the March 10, 2026, hearing.

**SO ORDERED.**

Dated:    25 February 2026

New York, New York

_____
Victor Marrero
U.S.D.J.

2