# EXHIBIT **4**

| Defendant No. | Name | Remarks |
|---|---|---|
| 1 | **DEFENDANT** alohahoo<br><br>operates Online Store under the storefront alohahoo<br><br>**Seller ID** alohahoo.com<br><br>**Seller Page URL** https://alohahoo.com/<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 201, Unit 1, Building 10, No. 197, Zhonghua North Street, Xinhua District, Shijiazhuang City, Hebei Province | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defend ant No. | Name | Remarks |
|---|---|---|
| 2 | **DEFENDANT** amazingtrungx<br><br>operates Online Store under the storefront amazingtrungx<br><br>**Seller ID** amazingtrungx.com<br><br>**Seller Page URL** https://amazingtrungx.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>31, Alley B46, Geleximco, Le Trong Tan street, Ha Dong District, Hanoi, Vietnam, 10000 | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 3 | **DEFENDANT** animejacket<br><br>operates Online Store under the storefront animejacket<br><br>**Seller ID** animejacket.com<br><br>**Seller Page URL** https://www.animejacket .com<br><br>**Address** DISPLAYED ON PLATFORM: 3 Daqing Road, Shaanxi , CN | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 4 | **DEFENDANT** AnimesCollection<br><br>operates Online Store under the storefront AnimesCollection<br><br>**Seller ID** animescollection.com<br><br>**Seller Page URL** https://animescollection.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 3F320-3, Building A, Ruifa Business Incubation Park, Hengkou Demonstration Zone (Test Zone), Ankang City, Shaanxi Province | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 5 | **DEFENDANT** apparel.quymart<br><br>operates Online Store under the storefront apparel.quymart<br><br>**Seller ID** apparel.quymart.com<br><br>**Seller Page URL** https://apparel.quymart.com<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| 6 | **DEFENDANT** ATMTEE | The exact address cannot be located, and no exact business information can be found online. |
|---|---|---|
| | operates Online Store under the storefront ATMTEE | |
| | **Seller ID**  atmtee.com Seller Page URL https://www.atmtee.com | |
| | **Address** DISPLAYED ON PLATFORM: | |
| | 103 4th Street An Cuu City, Hue, Thua Thien Hue | |
| | 532 N. Magnolia Ave #543, Anaheim, CA 92801 | |
| | 24-26 Arcadia Avenue, Dephna House #105, London, Greater London, N3 2JU | |

| Defendant No. | Name | Remarks |
|---|---|---|
| 7 | **DEFENDANT** AZTMERCH<br><br>operates Online Store under the storefront AZTMERCH<br><br>**Seller ID** aztmerch.com<br><br>**Seller Page URL** https://aztmerch.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Khoi 5, Thi tran Tan Ky, Tan Ky, Nghe An, 460000, Vietnam | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 8 | **DEFENDANT** CaseSpice<br><br>operates Online Store under the storefront CaseSpice<br><br>**Seller ID**  casespice.com<br><br>**Seller Page URL** https://casespice.com<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 9 | **DEFENDANT** Cold Chisel<br><br>operates Online Store under the storefront Cold Chisel<br><br>**Seller ID** coldchisel.bandtshirts.com.au<br><br>**Seller Page URL** https://coldchisel.bandtshirts.com.au<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>43 Brady St South Melbourne VIC 3205 Australia | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 10 | **DEFENDANT** Customspig<br><br>operates Online Store under the storefront customspig<br><br>**Seller ID** customspig.com<br><br>**Seller Page URL** https://customspig.com/<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>68 Circular Road #02-01, 049422, Singapore | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 11 | **DEFENDANT** Teerific<br><br>**Seller ID** https://teerific.co.uk<br><br>**Seller Page URL** https://teerific.co.uk/products /zilla<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 12 | **DEFENDANT** Ezovoze<br><br>operates Online Store under the storefront Ezovoze<br><br>**Seller ID** ezovoze.com<br><br>**Seller Page URL** https://ezovoze.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br> Jl. Gagak no. 22 Sukalayu, Kec. Cibeunying Kaler Kota Bandung, JB 40134 Indonesia | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 13 | **DEFENDANT** Fanshubus<br><br>operates Online Store under the storefront fanshubus<br><br>**Seller ID** fanshubus.com<br><br>**Seller Page URL** https://fanshubus.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Trang Dai Hamlet, Tan Kim Commune, Phu Binh District, Thai Nguyen Province, Vietnam | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 14 | **DEFENDANT** fishneo<br><br>operates Online Store under the storefront fishneo<br><br>**Seller ID** fishneo.com<br><br>**Seller Page URL** https://fishneo.com/<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 15 | DEFENDANT Fiverprints<br><br>operates Online Store under the storefront Fiverprints<br><br>Seller ID fiverprints.com<br><br>Seller Page URL https://fiverprints.com<br><br>Address DISPLAYED ON PLATFORM:<br> Jl. Gagak no. 22 Sukalayu, Kec. Cibeunying Kaler Kota Bandung, JB 40134 Indonesia<br><br>3501 Jack Northrop Ave Hawthorne, CA 90250, USA | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 16 | **DEFENDANT** Hirosart<br><br>operates Online Store under the storefront Hirosart<br><br>**Seller ID** hirosarts.com<br><br>**Seller Page URL** https://hirosarts.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>My Dinh 1 Wd., NamTu Liem Dist, Hanoi 12015 | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 17 | **DEFENDANT** HOO<br><br>operates Online Store under the storefront HOO<br><br>**Seller ID** hooshops.com<br><br>**Seller Page URL** https://www.hooshops.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 3007, Building C, Wangzuo International City, Yanta District, Xi'an City, Shaanxi Province<br><br>Room 12, 19th Floor, Ho King Commercial Center, 2-16 Fa Yuen Street, Mongkok, Kowloon, Hong Kong | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 18 | **DEFENDANT** Hotgifting<br><br>operates Online Store under the storefront Hotgifting<br><br>**Seller ID** hotgifting.com<br><br>**Seller Page URL** https://www.hotgifting.com<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 19 | **DEFENDANT** Illusionneon<br><br>operates Online Store under the storefront illusionneon<br><br>**Seller ID** illusionneon.com<br><br>**Seller Page URL** https://www.illusionneon.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>1-2, North 1st Street, Bolong Road, Jidongyi Community, Xiaolan, Zhongshan City, Guangdong, China<br><br>541 Taylor Way, San Carlos, CA 94070 | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 20 | **DEFENDANT** Kprepublic<br><br>operates Online Store under the storefront kprepublic<br><br>**Seller ID** kprepublic.com<br><br>**Seller Page URL** https://kprepublic.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>14-8. Xing Huai Da Jie, Huai Rou, Beijing Beijing, 101400 Beijing, China | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 21 | **DEFENDANT** LILOTEE<br><br>operates Online Store under the storefront LILOTEE<br><br>**Seller ID** lilotee.com<br><br>**Seller Page URL** https://lilotee.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 2001, 20/F., Global Gateway Tower, No. 63 Wing Hong Street, Lai Chi Kok<br><br>2617-2618 S 67th st., Philadelphia, PA 19142, United States.<br><br>27 Old Gloucester Street London, WC1N 3AX, United Kingdom. | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 22 | **DEFENDANT** Mayan Corner<br><br>operates Online Store under the storefront Mayan Corner<br><br>**Seller ID** mayancorner.com.vn<br><br>**Seller Page URL** https://mayancorner.com.vn<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>358/2/10 Cach Mang Thang Tam Street, District 03, Ho Chi Minh, SG, 70000, Vietnam | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 23 | **DEFENDANT** Myalohashirt<br><br>operates Online Store under the storefront Myalohashirt<br><br>**Seller ID** myalohashirt.com<br><br>**Seller Page URL** https://www.myalohashirt.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>176 Dinh Cong, Phuong Dinh Cong, Hoang Mai, Ha Noi, 100000<br><br>304 S. Jones Blvd, Las Vegas, NV, 89107 | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 24 | **DEFENDANT** Nalagila<br><br>operates Online Store under the storefront Nalagila<br><br>**Seller ID** nalagila.com<br><br>**Seller Page URL** https://nalagila.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 302, Building A11, No. 171, Dunhe Road, Haizhu District, Guangzhou | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 25 | **DEFENDANT** Panda Pads<br><br>operates Online Store under the storefront Panda Pads<br><br>**Seller ID** panda-mousepads.com<br><br>**Seller Page URL** https://panda-mousepads.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>9915, Nadasd, Vasuti ut 5., Hungary | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 26 | **DEFENDANT** PantheonKeys Private Limited<br><br>operates Online Store under the storefront pantheonkeys<br><br>**Seller ID** pantheonkeys.com<br><br>**Seller Page URL** https://pantheonkeys.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br> 10 Ubi Crescent #05-59 Ubi Techpark, Lobby D Ubi Techpark, Lobby D Singapore 408564 | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 27 | **DEFENDANT** Paradise Toy Land, PARADISE<br><br>operates Online Store under the storefront Paradise Toy<br><br>**Seller ID** paradisetoyland.com<br><br>**Seller Page URL** https://paradisetoyland.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>1F, No. 75, Lane 161, Section 1, Dunhua South Road , Da'an District, Taipei City 106 | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 28 | **DEFENDANT** paralleltohellstore<br><br>operates Online Store under the storefront PARALLEL<br><br>**Seller ID** thisisparallel.store<br><br>**Seller Page URL** https://www.thisisparallel.store<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 29 | **DEFENDANT**: Playful<br><br>operates Online Store under the storefront Playful Socks<br><br>**Seller ID** playful-socks.com<br><br>**Seller Page URL** https://playful-socks.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>3/f, block a, on fat industry building, 12-18 kwai wing road, kwai chung, new territories, hong kong. | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 30 | **DEFENDANT**: Peace Love Tee<br><br>operates Online Store under the storefront PLT<br><br>**Seller ID** pelotee.com<br><br>**Seller Page URL** https://pelotee.com<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 31 | **DEFENDANT**: PopGoodz<br><br>operates Online Store under the storefront PopGoodz<br><br>**Seller ID** popgoodz.net<br><br>**Seller Page URL** https://popgoodz.net<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Jl. MT. Haryono No.992 Lantai 2 No.73 Semarang, JT 50241 Indonesia | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 32 | **DEFENDANT**: ResinViet<br><br>operates Online Store under the storefront ResinViet<br><br>**Seller ID** resinvietart.com<br><br>**Seller Page URL** https://resinvietart.com<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 33 | **DEFENDANT**: royaura<br><br>operates Online Store under the storefront royaura<br><br>**Seller ID** resinvietart.com<br><br>**Seller Page URL** https://www.royaura.com<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 34 | **DEFENDANT**: SmartyPants-UK<br><br>operates Online Store under the storefront smartypants<br><br>**Seller ID**<br>smartypants.co.uk<br><br>**Seller Page URL**<br>https://smartypants.co.uk<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>21-27 Ryton Street, Worksop, Nottinghamshire, S80 2AY | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 35 | **DEFENDANT**: Xiamen Jiku E-commerce Co,Ltd.<br><br>operates Online Store under the storefront Solymall<br><br>**Seller ID** solymall.com<br><br>**Seller Page URL** https://solymall.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 903-2, No. 9, Tapu Road, Siming District, Xiamen | The exact address cannot be located, and no exact business information can be found online.<br><br>google.com/maps/search/<br><br>Room 903-2, No. 9, Tapu Road, Simi<br><br>**Partial match**<br>Room 903-2 , No. 9, Tapu Road, Siming District, Xiamen<br><br>**9 Tapu W Rd**<br>No reviews<br>Hu Li Qu, Xia Men Shi, Fu Jian Sheng China<br>361016<br>No. 9, Tapu Road, Siming District, Xiamen<br><br>map.baidu.com/search/room%20903<br><br>room 903-2, no.  tapu road, siming district, ›<br><br>Log in to send your location to your phone with one click<br><br>No relevant location found.<br><br>You can also:<br>- Check if the input is correct or enter other words.<br>- Search for " room 903-2, no. tapu road, siming district, xiamen " on Baidu.<br>- Ask a question on Baidu Knows and let other users help you solve it.<br>- Add this location to Baidu Maps<br>- Enter Hong Kong, Macau, Taiwan, or an overseas city to search for local results.<br><br>Baidu reminds you: Are there any errors in the results? Please report them to the Baidu Maps Complaint Center . |

| Defendant No. | Name | Remarks |
|---|---|---|
| 36 | **DEFENDANT**: storebunch<br><br>operates Online Store under the storefront storebunch<br><br>**Seller ID** storebunch.co<br><br>**Seller Page URL** https://storebunch.co/<br><br>**Address** DISPLAYED ON PLATFORM:<br><br> Jl. Pancaniti 10, Pemalang, JT 52361, Indonesia | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 37 | **DEFENDANT**: The Toddler Kids<br><br>operates Online Store under the storefront The Toddler Kids<br><br>**Seller ID** thetoddlerkids.com<br><br>**Seller Page URL** https://www.thetoddlerkids.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>ROOM 1D, 2/F, FU TAO BUILDING, 98 ARGYLE STREET, MONGKOK, KOWLOON, HONG KONG | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 38 | **DEFENDANT**: Thegiftio<br><br>operates Online Store under the storefront Thegiftio<br><br>**Seller ID** thegiftio.com<br><br>**Seller Page URL** https://www.thegiftio.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>No 143/559, Kim Nguu Street, Hai Ba Trung District, Ha Noi, 100000, Vietnam.<br><br>41 Flatbush Avenue, Fl 1, PMB 803, Brooklyn, NY 11217, United States | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 39 | **DEFENDANT**: TOYZERO+<br><br>operates Online Store under the storefront TOYZEROPLUS<br><br>**Seller ID** toyzeroplus.com<br><br>**Seller Page URL** https://toyzeroplus.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>1st Floor, Tung Yuen Industrial Building, 505 Castle Peak Road, Cheung Sha Wan, Hong Kong | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 40 | **DEFENDANT**: trendysweety<br><br>operates Online Store under the storefront trendysweety<br><br>**Seller ID** trendysweety.com<br><br>**Seller Page URL** https://trendysweety.com/<br><br>**Address** DISPLAYED ON PLATFORM: | The exact address cannot be located, and no exact business information can be found online. |

| Defendant No. | Name | Remarks |
|---|---|---|
| 41 | **DEFENDANT**: wheelyfresh<br><br>operates Online Store under the storefront wheelyfresh<br><br>**Seller ID** wheelyfresh.co.uk<br><br>**Seller Page URL** https://wheelyfresh.co.uk<br><br>**Address** DISPLAYED ON PLATFORM: 127 Upper Wortley Road Leeds LS12 4JG | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 42 | **DEFENDANT:** WILD RIDE GEAR<br><br>operates Online Store under the storefront WILD RIDE GEAR<br><br>**Seller ID** wildridegear.com<br><br>**Seller Page URL** https://wildridegear.com/<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>81/4 Street No. 2, Truong Tho Ward, Thu Duc District, Ho Chi Minh City 700000, Vietnam | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 43 | **DEFENDANT**: WONDER PRINT<br><br>operates Online Store under the storefront wonderprintshop<br><br>**Seller ID** wonderprintshop.com<br><br>**Seller Page URL** https://www.wonderprintshop.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>1309 Coffeen Ave STE 1200, Sheridan, WY 82801, US<br><br>Unit 1406B 14/F The Belgian Bank BLDG, 721-725 Nathan RD, Mongkok, Kowloon TM21, 9 View Apartment, District 9, Thu Duc City, Ho Chi Minh City 700000 VN<br><br>2nd Floor of Kexin Clothing, Building A8, International Furniture City, Luo Qiao Street, Guangxin District, Shangrao City, Jiangxi Province. | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 44 | **DEFENDANT**: YOIYEN<br><br>operates Online Store under the storefront YOIYEN<br><br>**Seller ID** yoiyen.com<br><br>**Seller Page URL** https://www.yoiyen.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>202, floor2, ladderA, Qianjin entrepreneurship Park, No. 80, Qiyun Road,Renfeng Industrial Park,362200. | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 45 | **DEFENDANT**: Zen Breaker<br><br>operates Online Store under the storefront Zen Breaker<br><br>**Seller ID** zenbreaker.com<br><br>**Seller Page URL** https://zenbreaker.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 109, Keader Centre, 129 Yuen Long On Lok Road, Yuen Long, Hong Kong | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 46 | **DEFENDANT**: ZONE SPORTING GOODS STORE Zone Sporting Goods<br><br>operates Online Store under the storefront zonesportinggoods<br><br>**Seller ID** zonesportinggoods.com<br><br>**Seller Page URL** https://zonesportinggoods.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>39 TL14 street, District 12, HCM HO CHI MINH VN 700000 | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 47 | **DEFENDANT**: Citatshirts.dk<br><br>operates Online Store under the storefront Citatshirts.dk<br><br>**Seller ID**<br>citatshirts.dk<br><br>**Seller Page URL**<br>https://citatshirts.dk<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Rugvænget 9, st. tv 2750 Ballerup | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 48 | **DEFENDANT**: Drift Racing Industries<br><br>operates Online Store under the storefront Drift Racing Industries<br><br>**Seller ID** dri.net.au<br><br>**Seller Page URL** https://dri.net.au<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Based in Fairfield/Liverpool area in Sydney, Australia . | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 49 | **DEFENDANT**: EuroStance LTD<br><br>operates Online Store under the storefront EuroStance<br><br>**Seller ID**<br>euro-stance.com<br><br>**Seller Page URL**<br>https://www.euro-stance.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Flat 7 Scholes Precinct, Wigan, Greater Manchester, United Kingdom, WN1 3SD | The exact address cannot be located, and no exact business information can be found online.<br><br> |

| Defendant No. | Name | Remarks |
|---|---|---|
| 50 | **DEFENDANT**: Tee Rex Shirts TEE REX<br><br>operates Online Store under the storefront Tee Rex Clothings<br><br>**Seller ID** teerex.com.au<br><br>**Seller Page URL** https://teerex.com.au<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>47/2 Slough Avenue, Silverwater NSW 2128, Australia. | The exact address cannot be located, and no exact business information can be found online.<br><br> |