**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|--------------|----------|-----------|
| 1 | alohahoo | Stand Alone | alohahoo.com |
| 2 | amazingtrungx | Stand Alone | amazingtrungx.com |
| 3 | animejacket | Stand Alone | animejacket.com |
| 4 | AnimesCollection | Stand Alone | animescollection.com |
| 5 | apparel.quymart | Stand Alone | apparel.quymart.com |
| 6 | ATMTEE | Stand Alone | atmtee.com |
| 7 | AZTMERCH | Stand Alone | aztmerch.com |
| 8 | CaseSpice | Stand Alone | casespice.com |
| 9 | Cold Chisel | Stand Alone | coldchisel.bandtshirts.com.au |
| 10 | customspig | Stand Alone | customspig.com |
| 11 | teerific | Stand Alone | teerific.co.uk |
| 12 | Ezovoze | Stand Alone | ezovoze.com |
| 13 | fanshubus | Stand Alone | fanshubus.com |
| 14 | fishneo | Stand Alone | fishneo.com |
| 15 | Fiverprints | Stand Alone | fiverprints.com |
| 16 | Hirosart | Stand Alone | hirosarts.com |
| 17 | HOO | Stand Alone | hooshops.com |
| 18 | hotgifting | Stand Alone | hotgifting.com |
| 19 | illusionneon | Stand Alone | illusionneon.com |
| 20 | kprepublic | Stand Alone | kprepublic.com |
| 21 | LILOTEE | Stand Alone | lilotee.com |
| 22 | Mayan Corner | Stand Alone | mayancorner.com.vn |
| 23 | Myalohashirt | Stand Alone | myalohashirt.com |
| 24 | Nalagila | Stand Alone | nalagila.com |
| 25 | Panda Pads | Stand Alone | panda-mousepads.com |
| 26 | pantheonkeys | Stand Alone | pantheonkeys.com |
| 27 | Paradise Toy | Stand Alone | paradisetoyland.com |
| 28 | PARALLEL | Stand Alone | thisisparallel.store |
| 29 | Playful Socks | Stand Alone | playful-socks.com |
| 30 | PLT | Stand Alone | pelotee.com |
| 31 | PopGoodz | Stand Alone | popgoodz.net |
| 32 | ResinViet | Stand Alone | resinvietart.com |
| 33 | royaura | Stand Alone | royaura.com |
| 34 | smartypants | Stand Alone | smartypants.co.uk |

| 35 | Solymall | Stand Alone | solymall.com |
| 36 | storebunch | Stand Alone | storebunch.co |
| 37 | The Toddler Kids | Stand Alone | thetoddlerkids.com |
| 38 | Thegiftio | Stand Alone | thegiftio.com |
| 39 | TOYZEROPLUS | Stand Alone | toyzeroplus.com |
| 40 | trendysweety | Stand Alone | trendysweety.com |
| 41 | wheelyfresh | Stand Alone | wheelyfresh.co.uk |
| 42 | WILD RIDE GEAR | Stand Alone | wildridegear.com |
| 43 | wonderprintshop | Stand Alone | wonderprintshop.com |
| 44 | YOIYEN | Stand Alone | yoiyen.com |
| 45 | Zen Breaker | Stand Alone | zenbreaker.com |
| 46 | zonesportinggoods | Stand Alone | zonesportinggoods.com |
| 47 | Citatshirts.dk | Stand Alone | citatshirts.dk |
| 48 | Drift Racing Industries | Stand Alone | dri.net.au |
| 49 | EuroStance | Stand Alone | euro-stance.com |
| 50 | Tee Rex Clothings | Stand Alone | teerex.com.au |