AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| TOHO CO., LTD.,<br><br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 26-cv-1514 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shengmao Mu
Whitewood Law PLLC,
57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-1514

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  defendants listed on schedule a attached hereto

was received by me on *(date)*  Feb 27, 2026 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On February 27, 2026, I or somebody under my direction electronically published the Complaint, TRO, Summons, all signed Orders,and all other documents on a website. On the same day, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/27/2026                           /s/Shengmao Mu
                                         *Server's signature*

                                    Shengmao Mu, attorney
                                    *Printed name and title*

                        57 West, 57th Street, 3rd and 4th Floors, New York, NY, 10019

                                         *Server's address*

Additional information regarding attempted service, etc:

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | alohahoo | Stand Alone | alohahoo.com |
| 2 | amazingtrungx | Stand Alone | amazingtrungx.com |
| 3 | animejacket | Stand Alone | animejacket.com |
| 4 | AnimesCollection | Stand Alone | animescollection.com |
| 5 | apparel.quymart | Stand Alone | apparel.quymart.com |
| 6 | ATMTEE | Stand Alone | atmtee.com |
| 7 | AZTMERCH | Stand Alone | aztmerch.com |
| 8 | CaseSpice | Stand Alone | casespice.com |
| 9 | Cold Chisel | Stand Alone | coldchisel.bandtshirts.com.au |
| 10 | customspig | Stand Alone | customspig.com |
| 11 | teerific | Stand Alone | teerific.co.uk |
| 12 | Ezovoze | Stand Alone | ezovoze.com |
| 13 | fanshubus | Stand Alone | fanshubus.com |
| 14 | fishneo | Stand Alone | fishneo.com |
| 15 | Fiverprints | Stand Alone | fiverprints.com |
| 16 | Hirosart | Stand Alone | hirosarts.com |
| 17 | HOO | Stand Alone | hooshops.com |
| 18 | hotgifting | Stand Alone | hotgifting.com |
| 19 | illusionneon | Stand Alone | illusionneon.com |
| 20 | kprepublic | Stand Alone | kprepublic.com |
| 21 | LILOTEE | Stand Alone | lilotee.com |
| 22 | Mayan Corner | Stand Alone | mayancorner.com.vn |
| 23 | Myalohashirt | Stand Alone | myalohashirt.com |
| 24 | Nalagila | Stand Alone | nalagila.com |
| 25 | Panda Pads | Stand Alone | panda-mousepads.com |
| 26 | pantheonkeys | Stand Alone | pantheonkeys.com |
| 27 | Paradise Toy | Stand Alone | paradisetoyland.com |
| 28 | PARALLEL | Stand Alone | thisisparallel.store |
| 29 | Playful Socks | Stand Alone | playful-socks.com |
| 30 | PLT | Stand Alone | pelotee.com |
| 31 | PopGoodz | Stand Alone | popgoodz.net |
| 32 | ResinViet | Stand Alone | resinvietart.com |
| 33 | royaura | Stand Alone | royaura.com |
| 34 | smartypants | Stand Alone | smartypants.co.uk |

| 35 | Solymall | Stand Alone | solymall.com |
| 36 | storebunch | Stand Alone | storebunch.co |
| 37 | The Toddler Kids | Stand Alone | thetoddlerkids.com |
| 38 | Thegiftio | Stand Alone | thegiftio.com |
| 39 | TOYZEROPLUS | Stand Alone | toyzeroplus.com |
| 40 | trendysweety | Stand Alone | trendysweety.com |
| 41 | wheelyfresh | Stand Alone | wheelyfresh.co.uk |
| 42 | WILD RIDE GEAR | Stand Alone | wildridegear.com |
| 43 | wonderprintshop | Stand Alone | wonderprintshop.com |
| 44 | YOIYEN | Stand Alone | yoiyen.com |
| 45 | Zen Breaker | Stand Alone | zenbreaker.com |
| 46 | zonesportinggoods | Stand Alone | zonesportinggoods.com |
| 47 | Citatshirts.dk | Stand Alone | citatshirts.dk |
| 48 | Drift Racing Industries | Stand Alone | dri.net.au |
| 49 | EuroStance | Stand Alone | euro-stance.com |
| 50 | Tee Rex Clothings | Stand Alone | teerex.com.au |