**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOHO CO., LTD.,

        Plaintiff,

v.

 THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

        Defendants.

Civil Action No. 26-cv-1514

## CERTIFICATE OF SERVICE

I, Shengmao Mu, declare as follows:

1.      On February 24, 2026, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. ECF No. 21.

2.      I hereby certify that on February 27, 2026, I or somebody under my direction electronically published the Complaint, TRO, Summons, all signed Orders, including ECF No. 21, scheduling orders, and all other documents on a website.

3.      I hereby certify that on February 27, 2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants, notifying the Defendants of the hearing on Plaintiff's request for preliminary injunction scheduled for March 10, 2026 at 10:00 A.M.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 27, 2026                    Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West, 57th Street, 3rd and 4 Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

2