**Rosenbaum & Segall, P.C.**
AmazonSellersLawyer.com

138A East Park Ave, Long Beach, NY 11561
**Phone:** 212-256-8499
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

March 9, 2026

Hon. Victor Marrero
Suite 1610
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    Toho Co, Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint
             Case No. 2:26-cv-1514

Dear Judge Marrero:

     I am counsel for Playful Limited named in this case as Playful Socks. The Complaint was served on Defendant Playful Socks on February 27, 2026. Playful's current deadline to respond to the Complaint is March 20, 2026. Playful seeks an extension of time to respond to the Complaint and to the expedited discovery to March 31, 2026. Plaintiff consents to this extension. There have been no prior requests for an extension of time.

     We thank the Court for its consideration.

                          Respectfully submitted,

                          /s/ *Brian Samuel Malkin*
                          Brian Samuel Malkin, Esq. (*Pro Hac Vice*)
                          Counsel for Playful Socks
                          Rosenbaum, & Segall, P.C.
                          780 Long Beach Blvd
                          Long Beach, NY 11561
                          (212) 256-8491
                          BrianM@Amazonsellerslawyer.com