USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/10/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| TOHO CO., LTD., <br><br> Plaintiff, <br><br> - against - <br><br> AMAZINGTRUNGX, et al., <br><br> Defendants. | **26-cv-1514 (VM)** <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

For the reasons stated in Plaintiff's memorandum of law in support of its motion for a temporary restraining order (Dkt. No. 8) and in order to facilitate the requests of defendants Playful Socks and Solymall for an extension of time to respond to the order to show cause (see Dkt. Nos. 44, 45), the Court finds good cause to extend the Temporary Restraining Order (Dkt. No. 21) as against Playful Socks and Solymall until March 24, 2026. The Court notes that Playful Socks and Solymall do not contest the extension of the Temporary Restraining Order.


**SO ORDERED.**

Dated:    10 March 2026
          New York, New York

                                   _____
                                        Victor Marrero
                                        U.S.D.J.