USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/6/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 26-cv-1514 |

**STIPULATED PRELIMINARY INJUNCTION ORDER AS TO DEFENDANT SOLYMALL**

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants ("TRO") on February 24, 2026. Dkt. 21. The Court also authorized Plaintiff to serve Defendants by electronic means. Dkt. 21. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. Dkt. 21. The hearing on Plaintiff's motion for a preliminary injunction was held via videoconference on March 10, 2026, at 10:00 AM. Plaintiff's motion for preliminary injunction was entered against all non-appearing defendants and the TRO was further extended as to appearing defendants including Defendant Solymall (Def. 35) until March 24, 2026. Dkt. 47.

Defendant Solymall (Def. 35) ("Defendant") met and conferred with Plaintiff and agreed to a stipulated preliminary injunction which includes a cap on the asset restraint previously implemented by the Court's Temporary Restraining Order, Dkt. 21.

1

**ORDER**

The injunctive relief previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65, 17 U.S.C. § 502, and 15 U.S.C. § 1116(a).

Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient cause has been shown, Defendant is hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

   a. Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

   b. Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the GODZILLA IP, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

   c. Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

   d. Cease and refrain from using the GODZILLA IP on or in connection with any seller alias that Defendant may own, operate, or control on any Marketplace;

2

e. Cease and refrain from any and all use of the GODZILLA IP as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by Defendant on any Marketplace; and;

f. Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace.

2. In accordance with the parties' agreement, the asset freeze implemented by the previous Temporary Restraining Order is capped at $150,000 for Defendant Solymall. Any surplus of frozen funds beyond this amount is released to Defendant.

3. The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause, Dkt. 21, as it relates to Defendant Solymall, is dissolved and is replaced by this Stipulated Preliminary Injunction Order, which is hereafter in effect.


Dated: April 6, 2026                          Respectfully submitted,


*/s/ Shengmao Mu*                             /s/*Adam E. Urbanczyk*
Shengmao Mu                                   Adam E. Urbanczyk
NY No. 5707021                                **AU LLC**
**WHITEWOOD LAW PLLC**                        444 W. Lake St. 17th Floor
57 West 57th Street, 3rd and 4th Floors       Chicago, IL 60606
New York, NY 10019                            Telephone: (312) 715-7312
Telephone: (917) 858-8018                     Email: adamu@au-llc.com
Email: smu@whitewoodlaw.com

                                              *Counsel for Defendant*
*Counsel for Plaintiff*

3

**SO ORDERED** this 6 day of April, 2026.

**VICTOR MARRERO**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|--------------|----------|-----------|
| 35 | Solymall | Stand Alone | solymall.com |