**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TOHO CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 26-cv-1514 |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A TO | ) | |
| THE COMPLAINT, | ) | |
| Defendants. | ) | |

**<u>Declaration of Cao Xi</u>**

I, Caoxi, of the City of Xi'an, China, declare as follows:

1.  I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein.  I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.  I am the manager of solymall.com (the "Store"), a Shopify-based e-commerce website. I have access to the business records of the Store.

3.  The Store's address is Room 903-2, No. 9, Tapu Road, Siming District, Xiamen, China (厦门市思明区塔埔路9号). The address was posted on "About Us" page for public view before the case, as shown by Plaintiff's own evidence in **Exhibit A**. The address is accurate, can be easily understood by local post officers whether it is written in English or Chinese, and mail sent to this address can be delivered. See **Exhibit B** for the search result, showing that the company address can be identified and located on Baidu Maps, the primary mapping service in China.

1

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this April 9, 2026 in Xi'an City, China.

Cao Xi

# Exhibit A

| Defendant No. | Name | Remarks |
|---|---|---|
| 35 | **DEFENDANT**: Xiamen Jiku E-commerce Co,Ltd.<br><br>operates Online Store under the storefront Solymall<br><br>**Seller ID**<br>solymall.com<br><br>**Seller Page URL**<br>https://solymall.com<br><br>**Address** DISPLAYED ON PLATFORM:<br><br>Room 903-2, No. 9, Tapu Road, Siming District, Xiamen | The exact address cannot be located, and no exact business information can be found online. |

# Exhibit B



