USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/16/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br><br>                    Plaintiff,<br><br>          - against -<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | **26-CV-1514 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the motion to dismiss filed by Defendant Solymall. (Dkt. No. 74.) The record for this matter indicates that the parties have not completed the pre-motion letter exchange as required by this Court's Individual Practices prior to the filing of a motion to dismiss. See Individual Practices II.B. The parties are directed to abide by the Court's Individual Practices regarding the pre-motion to dismiss letter exchange.

**SO ORDERED.**

Dated:    16 April 2026
          New York, New York

                                    _____
                                         Victor Marrero
                                         U.S.D.J.