**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TOHO CO., LTD., | ) | |
| | ) | **Case No. 26-CV-1514** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED | ) | |
| LIABILITY COMPANIES, PARTNERSHIPS, AND | ) | |
| UNINCORPORATED ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE A TO THE COMPLAINT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**May 11, 2026**

**VIA ECF**

The Honorable Victor Marrero,
United States District Judge
United States Courthouse
500 Pearl Street,
Suite 1610
New York, NY, 10007

**Re:    Zone Sporting Goods, defendant**
**Sub:    Request to schedule a conference regarding motion to dismiss**

Dear Hon. Judge Victor Marrero:

Pursuant to the Honorable Court's *Individual Practices*, Rule II. B, on April 19, 2026, Zone Sporting Goods, LLC, defendant herein, initiated a pre-motion conference with plaintiff, Toho Co., Ltd., regarding defendant's intent to file a motion to dismiss, based on lack of personal jurisdiction and failure to state a claim. ECF No. 77. Plaintiff Toho Co., Ltd. filed a response on April 27, 2026. ECF No. 79.

Regrettably, plaintiff has declined to amend its complaint, notwithstanding lack reasonable factual basis and misstatement of the facts or dismiss its claims. Accordingly, defendant hereby respectfully requests that the Honorable Court schedule a conference to provide guidance on leave to file defendant's motion to dismiss.

1

Respectfully submitted,
By: */s/ Azhar M. Chaudhary*
Azhar M. Chaudhary,
State Bar No. 24082804
440 Louisiana,
Suite 900
Houston, Texas 77002
Telephone: (281) 265-1010
Facsimile: (281) 265-1011
Email:attorney@chaudharyjd.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all registered parties or their counsel.

By: */s/ Azhar M. Chaudhary*
Azhar M. Chaudhary

2