USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/12/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br><br>                     Plaintiff,<br><br>      - against -<br><br>AMAZINGTRUNGX ET AL.,<br><br>                 Defendants. | **26-CV-1514 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the May 11, 2026, letter submitted by defendant Zone Sporting Goods, LLC ("Zone Sporting Goods") informing the Court that Zone Sporting Goods and the Plaintiff have completed the pre-motion letter exchange regarding Zone Sporting Goods' anticipated motion to dismiss Plaintiff's complaint and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 91.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:    12 May 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.