USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/26

**AZHAR M. CHAUDHARY**
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: 281-265-1010 | Facsimile: 281-265-1011
attorney@chaudharyjd.com

August 13, 2026

**By ECF**

The Honorable Victor Marrero
United States Senior District Judge
United States Courthouse
500 Pearl Street, Suite 1610
New York, New York 10007

Re: Toho Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint, No. 1:26-cv-01514-VM
Letter-Motion to Restrict Docket No. 111-4 and for Leave to Refile a Redacted Exhibit Pursuant to Fed. R. Civ. P. 5.2

Dear Judge Marrero:

I represent Defendant Zone Sporting Goods, LLC ("ZSG"). I write to bring to the Court's attention a filing error of my own making and to request the relief necessary to correct it.

***The error.***

On June 15, 2026, ZSG filed Exhibit B to the Declaration of Counsel in support of its motion to dismiss (Dkt. 111-4). Exhibit B consists of wage and tax statements offered to show that ZSG maintains payroll in Texas. Those statements display, in unredacted form, the complete Social Security number of an individual who is not a party to this action, together with his home address and the employer identification number, repeated across several pages.

Federal Rule of Civil Procedure 5.2(a)(1) permits a filing that contains an individual's Social Security number to include only the last four digits. The filing does not comply with that rule. The responsibility is mine, and I regret it. The affected individual is not a party and had no role in the filing.

***Relief requested.***

Pursuant to Federal Rule of Civil Procedure 5.2(d) and (e), Paragraph II.H of Your Honor's Individual Practices, Standing Order 19-mc-00583, and Section 6 of the Court's ECF Rules and Instructions, ZSG respectfully requests that the Court:

(1) direct the Clerk to restrict public access to Docket No. 111-4 in its present form, or in the alternative strike that document from the docket;

(2) grant leave to refile Exhibit B in redacted form, limiting the Social Security number to its last four digits and redacting the individual's home address and the employer identification number; and

(3) direct that the unredacted version, if maintained on the docket, be maintained under seal.

As Paragraph II.H requires, ZSG identifies the persons who should have access to the unredacted version: the Court and its personnel, counsel of record for Plaintiff, and counsel for ZSG. ZSG does not seek to withhold the substance of Exhibit B from Plaintiff. The redaction is directed only at personally identifying information that Rule 5.2 requires be omitted from a public filing; the evidentiary content on which ZSG relies — that ZSG pays wages to personnel at a Texas address — is unaffected and will remain visible in the redacted version.

ZSG further notes, without seeking any relief on the point, that Exhibits B and C to the Declaration of Shengmao Mu (Dkt. 120-1) display a complete payment-account number, which Rule 5.2(a)(4) likewise limits to the last four digits. ZSG raises this only so that the Court and Plaintiff may address it in whatever manner the Court thinks best, and would not oppose an order granting the same relief as to those exhibits.

Because the requested relief is directed at compliance with Rule 5.2 rather than at any dispute between the parties, ZSG has not sought a pre-motion conference under Paragraph II.A; if the Court prefers that this application be presented in another form, ZSG will promptly do so.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Azhar M. Chaudhary
Azhar M. Chaudhary
Attorney for Defendant
Zone Sporting Goods, LLC

cc: Shengmao Mu, Esq., Whitewood Law PLLC, 57 West 57th Street, 3rd and 4th Floors, New York, New York 10019, smu@whitewoodlaw.com — Counsel for Plaintiff (via CM/ECF and electronic mail)

Request **GRANTED.**
The request is granted. The Clerk of Court is directed to strike Docket Number 111-4 from the docket. Defendant is granted leave to re-file the exhibit in redacted form as specified.

**SO ORDERED.**

8/17/26

DATE

VICTOR MARRERO, U.S.D.J.