USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOHO CO., LTD.,

Plaintiff,

- against -

ANIMEJACKET ET AL.,

Defendants.

**26-CV-1514 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of letters concerning two contemplated motions as between Plaintiff and Defendant Solymall. First, the Court is in receipt of Solymall's May 22, 2026, pre-motion letter concerning its contemplated motion to dismiss (Dkt. No. 96) and Plaintiff's May 27, 2026, letter response (Dkt. No. 97). Second, the Court is in receipt of Plaintiff's June 4, 2026, pre-motion letter concerning its contemplated motion for leave to serve Solymall via its United States-based counsel (Dkt. No. 101) and Solymall's June 8, 2026, letter response (Dkt. No. 105). The Court has not received any further confirmation from the parties whether they have completed the letter exchange process as to these two contemplated motions.

Accordingly, the Court directs the parties to advise the Court within seven (7) days of the date of this Order whether

they have completed the pre-motion letter exchange as to either of these contemplated motions and whether they intend to move forward with their contemplated motions. If the parties have completed the pre-motion letter exchange and intend to move forward with their contemplated motions, the parties shall inform the Court whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule along with their reply to this Order.

**SO ORDERED.**

Dated: 19 August 2026
New York, New York

_______________________
Victor Marrero
U.S.D.J.